UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

___

BERNARD HARDRICK,

        Plaintiff,               Case No. 2:22-cv-139

v.                                    Honorable Paul L. Maloney

UNKNOWN BUSH,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:   September 20, 2022              /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge